Rugg v. Johnson.

---

## Rugg v. Johnson.

APPEAL from the *Knox* Court of Common Pleas.

*Wednesday, December 14.*

*Per Curiam.*—On the 4th of *February*, 1858, *John M. Buchanan* procured from the *Knox* Court of Common Pleas a writ of attachment against *Dwight W. Johnson*, by virtue of which certain property belonging to *Johnson* was seized. *Johnson* gave bond for the delivery of the property, and retained possession of it. On the 22d of *February*, he sold the property to a buyer from *St. Louis*. On the 12th of *March*, 1858, *Rugg* filed a claim under *Buchanan's* attachment. On the 23d of *March*, *Buchanan* dismissed his attachment. Afterwards, *Rugg* obtained judgment on his claim, but the Court decided that the attachment, as to his claim, was not a lien on the goods, and, hence, that he could only have a judgment *in personam*, and not *in rem*, for the sale of the attached property. In this the Court erred. Ind. Dig. 148.

The judgment, in this particular, is reversed with costs. Cause remanded, with instructions to the Court below to order a sale of the property attached.

*S. Judah*, for the appellant.

*J. P. Usher*, for the appellee.